No. 303. EX PARTE GIBSON.—Petition by the National Surety Company to cancel a notarial bond. Decided April 17, 1912. Bond canceled.

No. 427. THE PEOPLE v. ANDINO.—Appeal from the District Court of San Juan, Section 2. Decided April 18, 1912. Judgment affirmed. *Mr. Miguel Guerra* for appellant. *Mr. Charles E. Foote, fiscal,* for The People.

No. 424. THE PEOPLE v. NIEVES.—Appeal from the District Court of San Juan. Decided April 20, 1912. Judgment affirmed. *Mr. Pedro Gómez* for appellant. *Mr. Charles E. Foote, fiscal,* for The People.

No. 846. EX PARTE RAMOS.—Appeal from the District court of Guayama. Motion to dismiss appeal. Decided April 22, 1912. Motion overruled. *Mr. Tomás Bernardini de la Huerta* for the moving party. *Messrs. López Landrón, Rincón* and *Francis* for appellant. *Mr. Manuel A. Martínez* for intervenor Martina Rodríguez.

No. 851. LEDESMA ET AL. v. AGRAIT ET AL.—Appeal from the District Court of San Juan, Section 1. Motion to dismiss the appeal. Decided April 22, 1912. Motion overruled. *Mr. Eugenio Benítez Castaño* for the moving party. *Mr. Juan de Guzmán Benítez* for adverse party.

No. 405. THE PEOPLE v. ANDRADE.—Appeal from the District Court of San Juan, Section 2. Judgment affirmed. Decided April 26, 1912. *Mr. José de J. Tizol* for appellant. *Mr. Charles E. Foote, fiscal,* for The People.